AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means          ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched or identify the person by name and address)* )<br>)<br>Two United States Postal Service Parcels in the )<br>custody of the USPIS in the City of Industry, )<br>California, as described more fully in Attachment A )<br>)<br>) | Case No. 2:25-MJ-03932 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

   *See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

   *See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   June 26, 2025, at 12:47 pm          _____
                                                                                  *Judge's signature*

City and state:   Los Angeles, CA               Hon. Pedro V. Castillo, United States Magistrate Judge
                                                                   *Printed name and title*

AUSA:   Matthew Tang, x0470

AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>June 27, 2025    0924 | Copy of warrant and inventory left with: |
| Inventory made in the presence of:<br>Ricardo Alvarez and Christopher Portillo | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Subject Parcel 1 contained 1,613gg of marijuana<br><br>Subject Parcel 2 contained 1,174gg of cocaine | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: July 1, 2025

*Ricardo Alvarez*
*Executing officer's signature*

Ricardo Alvarez, Postal Inspector
*Printed name and title*

## ATTACHMENT A

<u>PARCELS TO BE SEARCHED</u>

The following United States Postal Service ("USPS") parcels are currently in the custody of the United States Postal Inspection Service in the City of Industry, California:

a. **SUBJECT PARCEL 1** is a USPS Priority Mail parcel bearing tracking number 9505 5145 0772 5150 7254 14. **SUBJECT PARCEL 1** is a white Priority Large Mailing Box weighing approximately 5 pounds 14 ounces. **SUBJECT PARCEL 1** is addressed to "Anthony Moore, 42 S. Arlington Ave., East Orange, NJ, 07018." The return address listed on **SUBJECT PARCEL 1** is "Franklin Moore, 16934 S. Budlong Ave, Gardena, Ca. 90247." **SUBJECT PARCEL 1** was postmarked on May 30, 2025, in Gardena, CA 90247.

b. **SUBJECT PARCEL 2** is a USPS Priority Mail parcel bearing tracking number 9505 5130 8536 5160 7162 91. **SUBJECT PARCEL 2** is a white Large Flat Rate Box weighing approximately 4 pounds 14.1 ounces. SUBJECT PARCEL 2 is addressed to "Hailey's Mini Market, ATTN: FRANKLIN MOORE, 256 Tremont Ave., East Orange, NJ 07018." The return address listed on SUBJECT PARCEL 2 is "Mathew Saeng, 15926 S. Manhattan Pl, Gardena, Ca. 90247." SUBJECT PARCEL 2 was postmarked on June 9, 2025, in Gardena, CA 90247.

**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The items to be seized are evidence, contraband, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "**Subject Offenses**"), namely:

    a.   Any controlled substances, including marijuana;

    b.   Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

    c.   Parcel wrappings, and any associated packaging material.